SPIELER v. CITY OF NEW YORK.

(Supreme Court, Appellate Division, First Department.　February 27, 1914.)

APPEAL AND ERROR (§ 1003*)—REVIEW—VERDICT OF JURY.

　　A judgment will be reversed, when based upon a finding of the jury which is against the weight of the evidence.

　　[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 3938–3943; Dec. Dig. § 1003.*]

　　Ingraham, P. J., and Laughlin, J., dissenting.

Appeal from Trial Term, New York County.

Action by Isidor Spieler against the City of New York. From a judgment for plaintiff, defendant appeals.　Reversed.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, SCOTT, and HOTCHKISS, JJ.

Harry Crone, of New York City, for appellant.

Frank V. Johnson, of New York City, for respondent.

PER CURIAM.　The judgment and order appealed from should be reversed, and a new trial ordered, with costs to appellant to abide the event, upon the ground that the finding of the jury that the plaintiff was free from contributory negligence was against the weight of the evidence.

INGRAHAM, P. J., and LAUGHLIN, J., dissent, and vote for affirmance.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes